IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20759-CR-JORDAN/TORRES

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| -VS- | : |
| ALBERTO GONZALEZ, | : |
| Defendant. | : |

**MOTION TO ADOPT CO-DEFENDANT'S RICARDO OLMEDO'S
MOTION TO SUPPRESS WIRETAP EVIDENCE**

Defendant, Alberto Gonzalez, by and through his undersigned counsel and files this his motion to adopt co-defendant's Ricardo Olemedo's Motion to Suppress Wiretap Evidence, and Incorporated Memorandum and as grounds would state:

1. Co-defendant, Ricardo Olmedo filed a pretrial motion to suppress wiretap evidence [DE 321].

2. Undersigned counsel for defendant, Alberto Gonzalez, has reviewed said motion and moves this Court to allow him to specifically adopt said motion as the facts and request contained therein are applicable to Alberto Gonzalez in every manner as if he had filed said motion.

88.9 Certificate

I hereby certify that I have discussed this motion to adopt co-defendant's Ricardo Olmedo's motion to suppress wiretap evidence with AUSA Sean

Cronin and he advises that he does not oppose the motion to adopt but does oppose the merits of the motion.

Respectfully submitted,

DAVID P. HODGE

*/s/ David P. Hodge*
DAVID P. HODGE, ESQUIRE
727 N.E. 3rd AVENUE
SUITE 100
FORT LAUDERDALE, FLORIDA
(954) 462-6145
FLORIDA BAR NO. 478008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT ON January 20, 2008, the undersigned electronically filed the foregoing document Defendant's Motion to Adopt co-defendant's Ricardo Olmedo's motion to suppress wiretap evidence , with the Clerk of the Court using CM/ECF and has served the same via U.S. Mail/Fax to those counsel who are not authorized to receive electronically Notices of Electronic Filings.

*/s/ David P. Hodge*
DAVID P. HODGE (FLORIDA Bar No.478008)
Attorney for Defendant Alberto Gonzalez
