UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RICARDO OLMEDO | ) |
| _____ | ) |

**ORDER DENYING MOTIONS TO SUPPRESS**

Following oral argument, and upon a de novo review of the record, including the objections filed by Ricardo Olmedo [D.E. 472, 477], I adopt the thorough and well-reasoned reports issued by Magistrate Judge Torres [D.E. 441, 452]. Accordingly, Mr. Olmedo's motion to suppress the fruits of an illegal search and seizure [D.E. 320], and motion to suppress wiretap evidence and for a *Franks* hearing [D.E. 321], are DENIED..

DONE and ORDERED in chambers in Miami, Florida, this 28th day of April, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    Magistrate Judge Torres and all counsel of record