UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

UNITED STATES OF AMERICA    )
                            )
vs.                         )
                            )
RICARDO OLMEDO              )
_____)

**ORDER ON PENDING MOTIONS**

This order addresses most of the pending motions:

1. Mr. Olmedo's motion to exclude Rule 404(b) evidence of his 1988 federal narcotics conviction [D.E. 317] is GRANTED IN PART AND DENIED IN PART. I agree with Mr. Olmedo that the conviction is, as a general matter, too remote to be introduced in the government's case in chief. But my ruling is subject to two important caveats. If Mr. Olmedo's defense at trial is that the intercepted phone calls in which he was involved did not involve narcotics, or that he was unaware that he was picking up kilograms of cocaine, I *might* revisit my ruling. All depends on how the trial unfolds. And if Mr. Olmedo testifies at trial, I will likely allow the government to impeach him with the conviction. As things stand now, the government will not be allowed to mention the prior conviction in its opening statement.

2. Mr. Olmedo's motion for disclosure of expert testimony [D.E. 316] is GRANTED. The government shall disclose all expert testimony, as required by Rule 16, no later than May 5, 2008.

3. Mr. Olmedo's motion for additional peremptory challenges [D.E. 432] is GRANTED IN PART. Given the difference in the evidence pertaining to each of them, the defendants will have 12 total peremptory challenges, with each defendant being able to exercise 6 challenges separately. The government will have a total of 7 peremptory challenges. *See* Fed. R. Crim. P. 24(b); *United States v. Bascaro,* 742 F.2d 1335 (11th Cir. 1984).

4. Mr. Olmedo's motion to compel the government to disclose with specificity the evidence it will introduce at trial [D.E. 319] is DENIED, in light of the fact that the government has already informed Mr. Olmedo about which intercepted phone calls will be used at trial.

Any other pending motions will be addressed in a subsequent order.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of April, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    Magistrate Judge Torres and all counsel of record