UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) ) |
| RICARDO OLMEDO | ) |
| _____ | ) |

**ORDER**

The defendant's unopposed motion to continue the sentencing [D.E. 573] is GRANTED. The sentencing is now scheduled for September 29, 2008, at 9:00 a.m.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           U. S. Probation